IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CATHERINE A. RICHARDS, *et al.* | : |
| Plaintiffs, | : |
| v. | : Civil No. **JFM 01 CV 439** |
| SHARON HENRY, M.D., University of Maryland Medical Systems, *et al.* | : |
| Defendants. | : |

oOo

### ORDER

For the reasons set forth in the foregoing Motion to Substitute Defendant, it is this _16h_ day of February, 2001,

ORDERED that the United States is substituted for Peter Allen, M.D. as a defendant in this action.

_____
United States District Judge

