

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CATHERINE A. RICHARDS, <br> Personal Representative of <br> the Estate of Mary Ann Salmon, <br> Deceased, *et al.* <br> <br> Plaintiffs, <br> v. <br> <br> SHARON HENRY, M.D., <br> University of Maryland Medical <br> Systems, *et al.* <br> <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil No. JFM-01-439 <br> : <br> : <br> : <br> : <br> : |

o0o

## ORDER

Upon motion of defendant the United States of America for an enlargement of time and there being good cause therefore, it is this ___ day of March, 2001,

HEREBY ORDERED that the defendant have thirty (30) days until April 16, 2001 within which to file a copy of the state court papers pursuant to Local Rule 103.5.

J. Frederick Motz
Chief Judge, United States District Court