IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHERINE A. RICHARDS, et al.          *
                                        *
              v.                        *   Civil No. JFM-01-439
                                        *
SHARON HENRY, M.D., et al.              *         _____FILED  _____ENTERED
                                        *         _____LODGED  _____RECEIVED
                                  *****

                            ORDER                 MAY 2 4 2001

                                                   AT BALTIMORE
                                          CLERK U.S. DISTRICT COURT
                                             DISTRICT OF MARYLAND
                                                              BY       DEPUTY

          For the reasons stated in the accompanying memorandum, it is, this _2 4th_ day of May

2001

          ORDERED

          1.  The motion to dismiss filed by the United States of America is granted; and

          2.  All claims asserted by plaintiffs against the United States of America (and Dr. Peter

Allen) are dismissed.


                              _____
                              J. Frederick Motz
                              United States District Judge