IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHERINE A. RICHARDS, ET AL.    *
                                 *
v.                               *    Civil No. JFM-01-439
                                 *
SHARON HENRY, M.D., ET AL.       *
                              *****

ORDER

Plaintiffs not having appealed my order of dismissal, it is, this 1st day of August 2001, in accordance with the memorandum I entered on May 24, 2001,

ORDERED that this action be remanded to the Circuit Court for Baltimore County, Maryland.

_____
J. Frederick Motz
United States District Judge