IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHERINE A. RICHARDS, *
Personal Representative of the Estate
of Mary Anne Salmon, Deceased, *et al.* *

      Plaintiffs *

v. * Civil No.: JFM-01-439

SHARON HENRY, M.D. *
University of Maryland Medical Systems,
*et al.* *

      Defendants *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED PROPOSED ORDER

UPON CONSIDERATION of Plaintiffs' letter of August 5, 2001, and any response thereto, it is hereby

ORDERED this  8th  day of  August , 2001 that this case be remanded to the Circuit Court for Baltimore City.

                                                      J. Frederick Motz
                                                      U.S. District Judge

cc:  Diane M. Littlepage, Esquire
      Donna Preston Sturtz, Esquire
      Andrea Leahy Fucheck, AUSA

8